**No. 48350.**—Protests 898740–G, etc., of S. Aliota & Son et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.

**No. 48351.**—Protests 759760–G, etc., of I. Haber, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel entered into at the trial and on the authority of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) the protests were sustained.

**No. 48352.**—Protests 727452–G (I), etc., of J. S. Hoffman Co., Inc. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48353.**—Protests 659129–G, etc., of J. S. Hoffman Co. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48354.**—Protests 657895–G, etc., of J. S. Hoffman Co. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a foreign substance amounting to 2½ percent of the weight, and as to certain cheese similar to Reggiano cheese which had a foreign substance amounting to 1 percent of the weight of the cheese in question.

**No. 48355.**—Protests 754943–G, etc., of I. Haber, Inc. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), the protests were sustained as to certain of the cheese which had a